IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | CRIMINAL ACTION |
| v. | : | |
| | : | NO. 04-828 |
| PAUL PENNANT | : | |

## **ORDER**

AND NOW, this 17th day of November, 2023, upon consideration of Defendant Paul Pennant's pro se Petition for Writ of Error Coram Nobis (Document No. 81) and the Government's Response thereto, it is hereby ORDERED that the Petition is DENIED for the reasons set forth in the accompanying Memorandum Opinion.

BY THE COURT:

/s/ Juan R. Sánchez
_____
Juan R. Sánchez,      C.J.